THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARY KOPEZAK, EVELYN HAMILTON and JOSEPH NAHLIK, Appellants.

(Argued January 16, 1935; decided February 26, 1935.)

*Osmond K. Fraenkel, Louis Fleischer, Robert J. Silberstein* and *Samuel Cohen* for appellants.

*William Copeland Dodge, District Attorney (Vincent A. Catoggio, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CROUCH, J.